1
2
3
4
5
6
7

# United States District Court
# Central District of California
# Western Division

8
9
10
11

| | |
|---|---|
| LEEGIN CREATIVE LEATHER PRODUCTS, INC., | CV 00-12708 TJH (AJWx) |
| Plaintiff, | |
| v. | Order |
| AYAMA INDUSTRIAL COMPANY, LTD., *et al.*, | and |
| Defendants. | Judgment |

12
13
14
15
16
17
18
19

20    The Court has considered the *ex parte* application by Defendant Belts by

21 Nadim, Inc. for entry of judgment pursuant to the stipulation made on the record at

22 trial, together with the moving and opposing papers.

23

24    It is Ordered that the application be, and hereby is, Granted.

25

26    It is further Ordered, Adjudged and Decreed that judgment be, and hereby

is, Entered in favor of Plaintiff Leegin Creative Leather Products, Inc. ["Leegin"] and against Defendant Belts by Nadim, Inc. ["Nadim"] on Leegin's claims for copyright infringement as to the following copyrights and infringing items:

| Leegin Copyright Registration Number | Leegin Style Name | Infringing Nadim Style Number |
|---|---|---|
| VA 985-886 | Cairo | 1895 |
| VA 1-015-217 | Cody | 1835 |
| VA 1-105-586 | Hollywood | 1803 |
| VA 985-884 | Nantucket | 1898 |
| VA 1-105-596 | Santa Barbara | 1807 |
| VA 972-322 | Venice Romantic | 1801 |

It is furher Ordered, Adjudged and Decreed that the above copyrights are valid, and that Leegin is their legal owner.

It is furher Ordered, Adjudged and Decreed that Nadim shall pay to Leegin $17,214.57 – based on the sum of $1,976.01 for style 1801, $3,634.95 for style 1803, $2,756.44 for style 1807, $4,041.93 for style 1835, $4,371.78 for style 1895, and $433.30 for style 1898 -- plus costs.

It is furher Ordered, Adjudged and Decreed that Nadim, its directors, officers, employees, agents and all those acting in concert with it be, and hereby, are Permanently Enjoined from selling, marketing, advertising or offering for sale

1  watches identified above by a Nadim style number or substantially similar to the

2  watches identified above by a Nadim style number.

3

4  Date:  February 12, 2008

5  _____

6

7                    Terry J. Hatter, Jr.
                   Senior United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26