ENT JS-6

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              OCT 2 7 2009

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEGIN CREATIVE LEATHER PRODUCTS, INC., <br><br> PLAINTIFF(S), <br><br> v. <br><br> AYAMA INDUSTRIAL COMPANY, LTD., ET AL. <br><br> DEFENDANTS. | **CASE NUMBER** <br><br> **CV 00-12708-TJH(AJWx)** <br><br><br> **JUDGMENT ON THE VERDICT** <br> **FOR PLAINTIFF(S)** |

This action having been tried before the Court sitting with a jury, the Honorable TERRY J. HATTER, JR., District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) LEEGIN CREATIVE LEATHER PRODUCTS, INC., recover of the defendants AYAMA INDUSTRIAL COMPANY, LTD., ET AL., : the total amount of damages to be **Pursuant to the verdict filed March 14, 2008,(Document No. 951)** with interest thereon at the legal rate as provided by the law, and its costs of action, taxed.

Dated October 27, 2009

at        2:53 P.M.

CLERK, U.S. DISTRICT COURT

By _Yolanda Skipper_

Yolanda Skipper, Deputy Clerk

cc:    Counsel of record