# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEGIN CREATIVE LEATHER PRODUCTS, INC., a California Corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AYAMA INDUSTRIAL COMPANY, LTD., a business entity of unknown form; et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No.  CV 00-12708 TJH (AJWx)<br><br>[Complaint filed: 11/01/00]<br><br>AMENDED JUDGMENT FOR PLAINTIFF<br><br>Courtroom:  17 [Hon. Terry J. Hatter] |
| AND RELATED COUNTER CLAIM AND THIRD PARTY CLAIMS. | |

　　The action instituted by Leegin Creative Leather Products, Inc. ("Leegin") against Zippi Leather Handbags, Inc., Ken Fosh, Bucklesource, Inc. and Richard Siegler, having been tried before the court sitting with a jury, the Honrable Terry J. Hatter, Jr., District Judge Presiding; the issues having been duly tried, the jury having duly rendered its verdict and post verdict proceedings having transpired,

　　IT IS ORDERED AND ADJUDGED that Leegin recover from the defendant Richard Siegler the sum of $6,507.83; and that Leegin recover from defendant Ken Fosh the sum of $25,807.

DATED: November 18, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

LA00CV12708TJH-AMENDED JUDG.WPD